JWV/EAH January 2011
GJ# _2_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| PHILLIP D. AKINS ) | |

## INDICTMENT

### COUNT ONE
### [29 U.S.C. § 501(c)]

The Grand Jury charges:

From on or about January 6, 2006, until on or about January 14, 2007, in Walker County, in the Northern District of Alabama, and elsewhere, the defendant,

**PHILLIP D. AKINS**

knowingly did embezzle and steal and unlawfully and willfully did abstract and convert to his own use and the use of another more than $9,500 in moneys, funds, securities, property, and other assets of a labor organization engaged in an industry affecting commerce of which he was an officer, to-wit: Mine Workers, United, AFL-CIO (USW) Local 1987 of which he was the financial secretary and treasurer.

All in violation of Title 29, United States Code, Section 501(c).

## NOTICE OF FORFEITURE:
## 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1.The allegations contained in Count ONE of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.Upon conviction of one or more of the offenses set forth in this Indictment, the defendant,

**PHILLIP D. AKINS**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

A money judgment in the amount of $9,594.

3.If any of the property described above, as a result of any act or omission of the defendant:

a.cannot be located upon the exercise of due diligence;

b.has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

/s/ electronic signature
_____
FOREPERSON OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

/s/ electronic signature
_____
ELIZABETH A. HOLT
Assistant United States Attorney